| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| --- |
| **Caption in Compliance with D.N.J. LBR 9004-1** |
| DENISE CARLON, ESQUIRE KML LAW GROUP, P.C. 701 Market Street, Suite 5000 Philadelphia, PA 19106 215-627-1322 dcarlon@kmllawgroup.com Attorneys for Secured Creditor: Flagstar Bank, NA |
| In Re: Mauricio Alberto Castro Andrea Veronica Vera Vivar Debtors |

Order Filed on February 23, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  25-22225 JKS

Hearing Date: 2/26/2026 @ 8:30am

Judge:  John K. Sherwood

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: February 23, 2026**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtors:        Mauricio Alberto Castro & Andrea Veronica Vera Vivar
Case No.:       25-22225 JKS
Caption:        **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
                DEBTORS' CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Flagstar Bank, NA, holder of a mortgage on real property located at 27 Trafalgar Court, Sparta, NJ, 07871, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and David G. Beslow, Esquire, attorney for Debtors, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtors shall pay the arrearage claim of Secured Creditor in full, when same is filed, through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors are to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors reserves their right to object to Secured Creditor's proof of claim and notice of mortgage payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 25-22225-JKS

Mauricio Alberto Castro                                                                Chapter 13

Andrea Veronica Vera Vivar
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                    Page 1 of 2
Date Rcvd: Feb 23, 2026                   Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                      regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2026:**

**Recip ID                         Recipient Name and Address**
db/jdb                     +  Mauricio Alberto Castro, Andrea Veronica Vera Vivar, 27 Trafalgar Court, Sparta, NJ 07871-3585

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2026                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2026 at the address(es) listed below:**

**Name                              Email Address**

Aleisha Candace Jennings
                      on behalf of Creditor Lakeview Loan Servicing  LLC aleisha.jennings@mccalla.com, mccallaecf@ecf.courtdrive.com

David G. Beslow
                      on behalf of Joint Debtor Andrea Veronica Vera Vivar ecf@goldmanlaw.org
                      yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.b
                      estcase.com;GoldmanBeslowLLC@jubileebk.net

David G. Beslow
                      on behalf of Debtor Mauricio Alberto Castro ecf@goldmanlaw.org
                      yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.b
                      estcase.com;GoldmanBeslowLLC@jubileebk.net

Denise E. Carlon
                      on behalf of Creditor Flagstar Bank  NA dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

District/off: 0312-2                                       User: admin                                       Page 2 of 2
Date Rcvd: Feb 23, 2026                                   Form ID: pdf903                                   Total Noticed: 1

Denise E. Carlon
                    on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Laura M. Egerman
                    on behalf of Creditor Lakeview Loan Servicing  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg
                    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Marie-Ann Greenberg
                    magecf@magtrustee.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
                    on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com,
                    mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 10