UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Eisenberg Gold & Agrawal, P.C.

1040 Kings Hwy N #200

Cherry Hill, NJ 08034

(856) 330-6200

Attorney for AmeriCredit Financial

Services, Inc. dba GM Financial

**Order Filed on March 2, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Mauricio A. Castro

Andrea Veronica Vera Vivar

| | |
|---|---|
| Case No.: | 25-22225 |
| Hearing Date: | 2/26/2026 |
| Judge: | JKS |
| Chapter: | 13 |

Recommended Local Form    ☒ Followed    ☐ Modified

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 2, 2026**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of <u>AmeriCredit Financial Services, Inc. dba GM Financial</u>, under Bankruptcy Code sections 362(d) for relief from the automatic stay as to certain property as here inafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay are terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real property more fully described as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☒ Personal property more fully described as:

2018 Chevrolet Traverse bearing vehicle identifcation number 1GNERGKW0JJ117781

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/2023*