**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

IN RE:

  MAURICIO ALBERTO CASTRO
  ANDREA VERONICA VERA VIVAR

Order Filed on March 2, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  25-22225 JKS**

**Hearing Date:  2/26/2026**

**Judge:  JOHN K. SHERWOOD**

## ORDER CONFIRMING PLAN

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: March 2, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  MAURICIO ALBERTO CASTRO Certificate of Notice    Page 2 of 4
ANDREA VERONICA VERA VIVAR

Case No.:  25-22225 JKS

Caption of Order:        ORDER CONFIRMING PLAN

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 1/6/2026, or as amended at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 12/1/2025, the Debtor shall pay the Standing Trustee

  the sum of $1,500.00 for a period of 60 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586; and it is further

- ORDERED, that notwithstanding the preceding paragraph, in no event shall the unsecured creditors receive less than $66,123.00, which shall be shared on a pro rata basis; and it is further

- ORDERED, that the Debtor must provide the Standing Trustee with a current pay stub by 3/12/2026 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that the Debtor's student loans are to be paid outside the plan; and it is further

- ORDERED, that the base amount of $66,123.00 to the unsecured creditors includes any filed priority unsecured claims; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any lien discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                        Case No. 25-22225-JKS

Mauricio Alberto Castro                                                                                  Chapter 13

Andrea Veronica Vera Vivar

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                                    User: admin                                         Page 1 of 2

Date Rcvd: Mar 02, 2026                           Form ID: pdf903                                 Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2026:**

**Recip ID                  Recipient Name and Address**
db/jdb               +  Mauricio Alberto Castro, Andrea Veronica Vera Vivar, 27 Trafalgar Court, Sparta, NJ 07871-3585

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2026                                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2026 at the address(es) listed below:**

**Name**                                    **Email Address**

Aleisha Candace Jennings
                    on behalf of Creditor Lakeview Loan Servicing  LLC aleisha.jennings@mccalla.com, mccallaecf@ecf.courtdrive.com

David G. Beslow
                    on behalf of Joint Debtor Andrea Veronica Vera Vivar ecf@goldmanlaw.org
                    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

David G. Beslow
                    on behalf of Debtor Mauricio Alberto Castro ecf@goldmanlaw.org
                    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

Denise E. Carlon
                    on behalf of Creditor Flagstar Bank  NA dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

District/off: 0312-2        User: admin        Page 2 of 2

Date Rcvd: Mar 02, 2026        Form ID: pdf903        Total Noticed: 1

Denise E. Carlon

on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Laura M. Egerman

on behalf of Creditor Lakeview Loan Servicing  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg

on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Marie-Ann Greenberg

magecf@magtrustee.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com,
mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 10