UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Eisenberg Gold & Agrawal, P.C.

1040 Kings Hwy N #200

Cherry Hill, NJ 08034

(856) 330-6200

Attorney for AmeriCredit Financial
Services, Inc. dba GM Financial

**Order Filed on March 2, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: | 25-22225 |
| Mauricio A. Castro | Hearing Date: | 2/26/2026 |
| Andrea Veronica Vera Vivar | Judge: | JKS |
| | Chapter: | 13 |

Recommended Local Form      ☒ Followed      ☐ Modified

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 2, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of <u>AmeriCredit Financial Services, Inc. dba GM Financial</u>, under Bankruptcy Code sections 362(d) for relief from the automatic stay as to certain property as here inafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay are terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real property more fully described as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☒ Personal property more fully described as:
2018 Chevrolet Traverse bearing vehicle identifcation number 1GNERGKW0JJ117781

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/2023*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 25-22225-JKS

Mauricio Alberto Castro                                                                         Chapter 13

Andrea Veronica Vera Vivar

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 02, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2026:**

**Recip ID                          Recipient Name and Address**
db/jdb                          +  Mauricio Alberto Castro, Andrea Veronica Vera Vivar, 27 Trafalgar Court, Sparta, NJ 07871-3585

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2026 at the address(es) listed below:**

**Name                          Email Address**

Aleisha Candace Jennings

    on behalf of Creditor Lakeview Loan Servicing  LLC aleisha.jennings@mccalla.com, mccallaecf@ecf.courtdrive.com

David G. Beslow

    on behalf of Joint Debtor Andrea Veronica Vera Vivar ecf@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

David G. Beslow

    on behalf of Debtor Mauricio Alberto Castro ecf@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

Denise E. Carlon

    on behalf of Creditor Flagstar Bank  NA dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

District/off: 0312-2

User: admin

Page 2 of 2

Date Rcvd: Mar 02, 2026

Form ID: pdf903

Total Noticed: 1

Denise E. Carlon
>           on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Laura M. Egerman
>           on behalf of Creditor Lakeview Loan Servicing  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg
>           on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Marie-Ann Greenberg
>           magecf@magtrustee.com

U.S. Trustee
>           USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
>           on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com,
>           mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 10