Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−22225−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Mauricio Alberto Castro | Andrea Veronica Vera Vivar |
| 27 Trafalgar Court | 27 Trafalgar Court |
| Sparta, NJ 07871 | Sparta, NJ 07871 |

Social Security No.:
  xxx−xx−8763                                          xxx−xx−0420

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 2, 2026.

Dated: March 2, 2026
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-22225-JKS |
| Mauricio Alberto Castro | Chapter 13 |
| Andrea Veronica Vera Vivar | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 8 |
| Date Rcvd: Mar 02, 2026 | Form ID: plncf13 | Total Noticed: 130 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mauricio Alberto Castro, Andrea Veronica Vera Vivar, 27 Trafalgar Court, Sparta, NJ 07871-3585 |
| 520887253 | | Ancillary Services of Practice Assocs PA, PO Box 412826, Boston, MA 02241-2826 |
| 520887255 | + | Atlantic Health System, Atlantic Medical Group, PO Box 1259, Dept. 165956, Oaks, PA 19456-1259 |
| 520887258 | + | Atlantic Health System, Atlantic Urgent Care LLC, PO Box 1259, Dept 165956, Oaks, PA 19456-1259 |
| 520887256 | + | Atlantic Health System, Ancillary Services of Practice Assoc. PA, PO Box 1259, Dept. 165956, Oaks, PA 19456-1259 |
| 520887254 | | Atlantic Health System, Atlantic Urgent Care LLC, PO Box 71480, Philadelphia, PA 19176-1480 |
| 520887268 | | Bankers Healthcare Group, 1 Pennsylvania Plaza, Floor 41, New York, NY 10119 |
| 520887331 | + | Grameen America, 150 W 30th St Fl 8, New York, NY 10001-4003 |
| 520887340 | + | Guacstop, 516 Myrtle Avenue, Mailbox 260, Brooklyn, NY 11205-2606 |
| 520887348 | + | Guacstop LLC, 516 Myrtle Avneue, Mailbox 260, Brooklyn, NY 11205-2606 |
| 520887351 | + | Jeong Gyubin, Esq., Build Up Justice NYC, 89-14 Parsons Blvd., 5th Floor, Jamaica, NY 11432-3978 |
| 520887370 | + | NVR Mortgage, Attn: Bankruptcy, Five Penn Center West, Suite 400, Pittsburgh, PA 15276-0130 |
| 520887371 | + | NVR Mortgage, Po Box 999, Pittsburgh, PA 15230 |
| 520887358 | + | Nationstar/flagstar Ba, 8950 Cypress Waters, Coppell, TX 75019-4620 |
| 520887362 | + | New York State Department of Health, and Mental Hygine, 42-09 28th Street, CN-46, Long Island City, NY 11101-4130 |
| 520887363 | | New York State Department of Health, and Mental Hygine, 90 Church Street, New York, NY 10007-2919 |
| 520887366 | | New York State Department of Labor c/o, Office of the New York Attorney General, The Capitol, Albany, NY 12224-0341 |
| 520887368 | + | New York State Dept. of Tax and Finance, Dept. of Labor/Unemployment Insurance, 1220 Washington Avenue, Bldg. 12, Rm 256, Albany, NY 12226-1799 |
| 520887367 | | New York State Dept. of Tax and Finance, Department of Labor, Unemployment, PO Box 15012, Albany, NY 12212-5012 |
| 520887377 | + | Queens Center SPE LLC, c/o Berkman, Henoch, Peterson & Peddy PC, 400 Garden City Plaza, Suite 320, Garden City, NY 11530-3336 |
| 520887376 | + | Queens Center SPE LLC, Management Office, Queens Center, 90-15 Queens Blvd., Elmhurst, NY 11373-4915 |
| 520887401 | | TD Bank/Raymour & Flanigan, Td Rcs, Columbia, SC 29202 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 02 2026 22:09:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 02 2026 22:09:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 02 2026 22:08:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Drive, Arlington, TX 76014-4101 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Mar 02 2026 22:07:00 | Lakeview Loan Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 485F US Highway 1 S, Suite 300, Iselin,, NJ 08830 |
| 520930907 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 02 2026 22:08:00 | AmeriCredit Financial Services, Inc. dba GM |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 520887257 | Email/Text: customer.service@atlantichealth.org | Mar 02 2026 22:08:00 | Atlantic Health System, PO Box 21385, New York, NY 10087-1385 |
| 520887259 | ^ MEBN | Mar 02 2026 21:58:56 | Atlantic Medical Group, PO Box 419101, Boston, MA 02241-9101 |
| 520887260 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 02 2026 22:06:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 520887267 | Email/Text: bankruptcy@bhg-inc.com | Mar 02 2026 22:06:00 | Bankers Healthcare Group, 10234 W State Road 84, Davie, FL 33324 |
| 520917248 | Email/Text: bankruptcy@bhg-inc.com | Mar 02 2026 22:06:00 | Bankers Healthcare Group, LLC, 201 Solar Street, Syracuse, NY 13204 |
| 520887263 | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Mar 02 2026 22:06:12 | Bank of America, PO Box 660441, Dallas, TX 75266-0441 |
| 520887265 | + Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 02 2026 22:06:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 520887264 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 02 2026 22:06:00 | Bank of America, PO Box 15796, Wilmington, DE 19886-5796 |
| 520887262 | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Mar 02 2026 22:08:00 | Bank of America, 100 North Tryon Street, Charlotte, NC 28255-0001 |
| 520945774 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 02 2026 22:06:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520887269 | + Email/PDF: MarletteBKNotifications@resurgent.com | Mar 02 2026 22:05:36 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 520887270 | + Email/PDF: MarletteBKNotifications@resurgent.com | Mar 02 2026 22:04:56 | Best Egg, Po Box 42912, Philadelphia, PA 19101-2912 |
| 520887271 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 02 2026 22:05:40 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520887272 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 02 2026 22:05:40 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520887277 | + Email/PDF: ais.chase.ebn@aisinfo.com | Mar 02 2026 22:06:04 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 520887273 | + Email/PDF: ais.chase.ebn@aisinfo.com | Mar 02 2026 22:06:04 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 520887282 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2026 22:05:51 | Citi Card/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520887281 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2026 22:05:51 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 520887283 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2026 22:05:50 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 520887284 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2026 22:06:15 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520887286 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2026 22:05:50 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520887285 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2026 22:05:51 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 520887287 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 02 2026 22:08:00 | Comenity Bank/Buckle, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 520887288 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM |  |  |

|  |  |  |
|---|---|---|
|  | Mar 02 2026 22:08:00 | Comenity Bank/Buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 520887289 + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 02 2026 22:08:00 | Comenity Bank/Express, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 520887291 + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 02 2026 22:08:00 | Comenity Bank/Express, Po Box 182789, Columbus, OH 43218-2789 |
| 520887294 + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 02 2026 22:08:00 | Comenity Bank/Zales, Po Box 182120, Columbus, OH 43218-2120 |
| 520887293 + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 02 2026 22:08:00 | Comenity Bank/Zales, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520887296 + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 02 2026 22:08:00 | Comenity/Century 21, Po Box 182120, Columbus, OH 43218-2120 |
| 520887295 + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 02 2026 22:08:00 | Comenity/Century 21, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520887297 + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 02 2026 22:08:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520887298 + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 02 2026 22:08:00 | Comenitybank/New York, Po Box 182789, Columbus, OH 43218-2789 |
| 520887299 Email/PDF: DellBKNotifications@resurgent.com | Mar 02 2026 22:05:52 | Dell Financial Services, Dell Financial Services, Attn: Bankruptc, Po Box 81577, Austin, TX 78708 |
| 520887352 Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2026 22:05:50 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 520887300 + Email/PDF: DellBKNotifications@resurgent.com | Mar 02 2026 22:05:21 | Dell Financial Services, Po Box 81607, Austin, TX 78708-1607 |
| 520887301 + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 02 2026 22:09:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520887312 Email/Text: LegalElectronicBankruptcyNotices@envisionhealth.com | Mar 02 2026 22:08:00 | Envision Physician Services, PO Box 80198, Philadelphia, PA 19101-1198 |
| 520887313 Email/Text: bankruptcycourts@equifax.com | Mar 02 2026 22:08:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 520887314 Email/Text: bankruptcycourts@equifax.com | Mar 02 2026 22:08:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 520887311 Email/Text: LegalElectronicBankruptcyNotices@envisionhealth.com | Mar 02 2026 22:08:00 | Envision Physican Services, PO Box 80244, Philadelphia, PA 19101-1244 |
| 520887315 ^ MEBN | Mar 02 2026 21:56:24 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 520887316 ^ MEBN | Mar 02 2026 21:55:33 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 520887317 Email/Text: bankruptcyfilings@fundbox.com | Mar 02 2026 22:06:00 | Fundbox, 300 Montgomery Street, Suite 900, San Francisco, CA 94104 |
| 520956750 + Email/Text: nsm_bk_notices@mrcooper.com | Mar 02 2026 22:07:00 | Flagstar Bank, N.A., c/o Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520933233 Email/PDF: bncnotices@becket-lee.com | Mar 02 2026 22:06:12 | Fundbox, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520887318 + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 02 2026 22:08:00 | GM Financial, P.O. Box 181145, Arlington, TX 76096-1145 |
| 520887320 + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 02 2026 22:08:00 | GM Financial, PO Box 183593, Arlington, TX 76096-3593 |
| 520887321 + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 02 2026 22:08:00 | GM Financial, 801 Cherry Street, Suite 3500, Fort Worth, TX 76102-6854 |
| 520887322 Email/Text: legalteam@grameenamerica.org | Mar 02 2026 22:08:00 | Grameen America, Attn: Bankruptcy, 82-11 37th |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Ave, Ste 607, Jackson Heights, NY 11372 |
| 520887350 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 02 2026 22:08:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520941368 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 02 2026 22:09:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 520909181 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 02 2026 22:07:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520952412 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2026 22:05:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520977335 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2026 22:05:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding, LLC, Resurgent Capital Services 29603-0587 |
| 520945893 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 02 2026 22:07:00 | Lakeview Loan Servicing, LLC, Nationstar Mortgage LLC, Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 520887378 | Email/Text: EBN@Mohela.com | Mar 02 2026 22:07:00 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520887353 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2026 22:05:28 | Macy's/ DSNB, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 520887356 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 02 2026 22:07:00 | Mr Cooper, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520887354 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 02 2026 22:07:00 | Mr Cooper, Attn: Bankruptcy, Po Box 613287, Dallas, TX 75261-3287 |
| 520887359 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 02 2026 22:07:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 520887360 | + Email/PDF: Bankruptcy_Prod@mohela.com | Mar 02 2026 22:05:47 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 520887364 | + Email/Text: BANKRUPTCY@LABOR.NY.GOV | Mar 02 2026 22:08:00 | New York State Department of Labor, Building 12, WA Harriman Campus, Albany, NY 12240-0001 |
| 520887365 | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Mar 02 2026 22:08:00 | New York State Department of Labor, PO Box 4320, Binghamton, NY 13902-4320 |
| 520887369 | Email/Text: LegalElectronicBankruptcyNotices@envisionhealth.com | Mar 02 2026 22:08:00 | Newton Emergency Med Assocs LLC, PO Box 80258, Philadelphia, PA 19101-1258 |
| 520887372 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Mar 02 2026 22:07:00 | Progressive, 6300 Wilson Mills Road, Cleveland, OH 44143-2182 |
| 520887375 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Mar 02 2026 22:07:00 | Progressive, PO Box 31260, Tampa, FL 33631-3260 |
| 520887373 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Mar 02 2026 22:07:00 | Progressive, PO Box 94739, Cleveland, OH 44101-4739 |
| 520887374 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Mar 02 2026 22:07:00 | Progressive, P.O. Box 6807, Cleveland, OH 44101-1807 |
| 520947854 | Email/Text: bnc-quantum@quantum3group.com | Mar 02 2026 22:08:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520953075 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2026 22:05:22 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520887380 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 02 2026 22:07:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520906639 | Email/PDF: resurgentbknotifications@resurgent.com |  |  |

District/off: 0312-2 | User: admin | Page 5 of 8

Date Rcvd: Mar 02, 2026 | Form ID: plncf13 | Total Noticed: 130

| | | Mar 02 2026 22:05:22 | Sofi Bank, National Association, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

520887379 + Email/PDF: SoFiBKNotifications@resurgent.com

Mar 02 2026 22:05:10 Sofi Lending Corp/MOHELA, Po Box 654081, Dallas, TX 75265-4081

520887381 Email/Text: nys.dtf.bncnotice@tax.ny.gov

Mar 02 2026 22:09:00 State of New York, Department of Taxation and Finance, Bankruptcy Section, P.O. Box 5300, Albany, NY 12205-0300

520887385 ^ MEBN

Mar 02 2026 21:55:22 Syncb/Old Navy, P.o. Box 8803, Wilmington, DE 19899-8803

520887384 + Email/PDF: ais.sync.ebn@aisinfo.com

Mar 02 2026 22:05:37 Syncb/Old Navy, Attn: Bankruptcy, Po Box 96506, Orlando, FL 32896-0001

520887382 + Email/PDF: ais.sync.ebn@aisinfo.com

Mar 02 2026 22:06:01 Syncb/jennifer Convrtb, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060

520887383 + Email/PDF: ais.sync.ebn@aisinfo.com

Mar 02 2026 22:05:36 Syncb/jennifer Convrtb, Po Box 71757, Philadelphia, PA 19176-1757

520887387 + Email/PDF: ais.sync.ebn@aisinfo.com

Mar 02 2026 22:06:01 Synchrony Bank/Banana Republic, Po Box 71727, Philadelphia, PA 19176-1727

520887386 + Email/PDF: ais.sync.ebn@aisinfo.com

Mar 02 2026 22:04:56 Synchrony Bank/Banana Republic, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065

520887388 + Email/PDF: ais.sync.ebn@aisinfo.com

Mar 02 2026 22:06:01 Synchrony Bank/Gap, Attn: Bankruptcy, Pob 965060, Orlando, FL 32896-5060

520887389 + Email/PDF: ais.sync.ebn@aisinfo.com

Mar 02 2026 22:06:00 Synchrony Bank/Gap, Po Box 71727, Philadelphia, PA 19176-1727

520887390 + Email/PDF: ais.sync.ebn@aisinfo.com

Mar 02 2026 22:06:00 Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060

520887391 + Email/PDF: ais.sync.ebn@aisinfo.com

Mar 02 2026 22:05:37 Synchrony Bank/HHGregg, Po Box 71757, Philadelphia, PA 19176-1757

520887392 + Email/PDF: ais.sync.ebn@aisinfo.com

Mar 02 2026 22:05:37 Synchrony Bank/Ikea CC, Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965065, Orlando, FL 32896-5065

520887393 + Email/PDF: ais.sync.ebn@aisinfo.com

Mar 02 2026 22:06:01 Synchrony Bank/Ikea CC, Po Box 965005, Orlando, FL 32896-5005

520887394 + Email/PDF: ais.sync.ebn@aisinfo.com

Mar 02 2026 22:05:37 Synchrony Bank/PC Richard, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065

520887395 + Email/PDF: ais.sync.ebn@aisinfo.com

Mar 02 2026 22:06:01 Synchrony Bank/PC Richard, Po Box 71757, Philadelphia, PA 19176-1757

520887396 + Email/PDF: ais.sync.ebn@aisinfo.com

Mar 02 2026 22:05:37 Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060

520887397 + Email/PDF: ais.sync.ebn@aisinfo.com

Mar 02 2026 22:04:56 Synchrony Bank/TJX, Po Box 71737, Philadelphia, PA 19176-1737

520887398 + Email/PDF: ais.sync.ebn@aisinfo.com

Mar 02 2026 22:05:37 Synchrony/American Eagle, Sttn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065

520887399 + Email/PDF: ais.sync.ebn@aisinfo.com

Mar 02 2026 22:05:37 Synchrony/American Eagle, Po Box 71727, Philadelphia, PA 19176-1727

520887400 + Email/Text: bankruptcy@td.com

Mar 02 2026 22:09:00 TD Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Rt. 70 East, Cherry Hill, NJ 08003-2390

520887402 ^ MEBN

Mar 02 2026 21:55:51 TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022

520887403 ^ MEBN

Mar 02 2026 21:56:06 TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000

| District/off: 0312-2 | User: admin | Page 6 of 8 |
|---|---|---|
| Date Rcvd: Mar 02, 2026 | Form ID: plncf13 | Total Noticed: 130 |

| 520910486 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | Mar 02 2026 22:09:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 520887404 | + Email/Text: mail@globalfundingexperts.com | | |
| | | Mar 02 2026 22:08:00 | United First, 2999 NE 191st Street, Unit 901, Miami, FL 33180-4926 |
| 520887405 | + Email/Text: bankruptcynotices@valley.com | | |
| | | Mar 02 2026 22:08:00 | Valley Bank, Attn: Bankruptcy, 1455 Valley Rd, Wayne, NJ 07470-2089 |
| 520887406 | + Email/Text: bankruptcynotices@valley.com | | |
| | | Mar 02 2026 22:08:00 | Valley Bank, 1460 Valley Road, Wayne, NJ 07470-8494 |
| 520887407 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | | |
| | | Mar 02 2026 22:05:13 | Wells Fargo Bank NA, Attn: Bankruptcy, Po Box 393, Minneapolis, MN 55480-0393 |
| 520887408 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | | |
| | | Mar 02 2026 22:05:44 | Wells Fargo Bank NA, Po Box 393, Minneapolis, MN 55480-0393 |
| 520887410 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | | |
| | | Mar 02 2026 22:06:10 | Wells Fargo/Bob's Discount Furniture, Po Box 393, Minneapolis, MN 55480-0393 |
| 520887409 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | | |
| | | Mar 02 2026 22:05:14 | Wells Fargo/Bob's Discount Furniture, Wells Fargo Bank, N.A., Attn: Bankrtuptc, P.O. Box 522, Des Moines, IA 50306-0522 |

TOTAL: 108

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520887261 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 520887266 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 520887278 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 520887279 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 520887280 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 520887274 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 520887275 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 520887276 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 520887290 | *+ | Comenity Bank/Express, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 520887292 | *+ | Comenity Bank/Express, Po Box 182789, Columbus, OH 43218-2789 |
| 520887302 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520887303 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520887304 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520887305 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520887306 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520887307 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520887308 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520887309 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520887310 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520887323 | *P++ | GRAMEEN AMERICA INC, 82-11 37TH AVE, SUITE 607, JACKSON HEIGHTS NY 11372-7015, address filed with court:, Grameen America, Attn: Bankruptcy, 82-11 37th Ave, Ste 607, Jackson Heights, NY 11372 |
| 520887324 | *P++ | GRAMEEN AMERICA INC, 82-11 37TH AVE, SUITE 607, JACKSON HEIGHTS NY 11372-7015, address filed with court:, Grameen America, Attn: Bankruptcy, 82-11 37th Ave, Ste 607, Jackson Heights, NY 11372 |
| 520887325 | *P++ | GRAMEEN AMERICA INC, 82-11 37TH AVE, SUITE 607, JACKSON HEIGHTS NY 11372-7015, address filed with court:, Grameen America, Attn: Bankruptcy, 82-11 37th Ave, Ste 607, Jackson Heights, NY 11372 |
| 520887326 | *P++ | GRAMEEN AMERICA INC, 82-11 37TH AVE, SUITE 607, JACKSON HEIGHTS NY 11372-7015, address filed with court:, Grameen America, Attn: Bankruptcy, 82-11 37th Ave, Ste 607, Jackson Heights, NY 11372 |
| 520887327 | *P++ | GRAMEEN AMERICA INC, 82-11 37TH AVE, SUITE 607, JACKSON HEIGHTS NY 11372-7015, address filed with court:, Grameen America, Attn: Bankruptcy, 82-11 37th Ave, Ste 607, Jackson Heights, NY 11372 |
| 520887328 | *P++ | GRAMEEN AMERICA INC, 82-11 37TH AVE, SUITE 607, JACKSON HEIGHTS NY 11372-7015, address filed with court:, Grameen America, Attn: Bankruptcy, 82-11 37th Ave, Ste 607, Jackson Heights, NY 11372 |
| 520887329 | *P++ | GRAMEEN AMERICA INC, 82-11 37TH AVE, SUITE 607, JACKSON HEIGHTS NY 11372-7015, address filed with court:, Grameen America, Attn: Bankruptcy, 82-11 37th Ave, Ste 607, Jackson Heights, NY 11372 |
| 520887330 | *P++ | GRAMEEN AMERICA INC, 82-11 37TH AVE, SUITE 607, JACKSON HEIGHTS NY 11372-7015, address filed with court:, Grameen America, Attn: Bankruptcy, 82-11 37th Ave, Ste 607, Jackson Heights, NY 11372 |

| District/off: 0312-2 | User: admin | Page 7 of 8 |
|---|---|---|
| Date Rcvd: Mar 02, 2026 | Form ID: plncf13 | Total Noticed: 130 |

| | | |
|---|---|---|
| 520887319 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 520887332 | *+ | Grameen America, 150 W 30th St Fl 8, New York, NY 10001-4003 |
| 520887333 | *+ | Grameen America, 150 W 30th St Fl 8, New York, NY 10001-4003 |
| 520887334 | *+ | Grameen America, 150 W 30th St Fl 8, New York, NY 10001-4003 |
| 520887335 | *+ | Grameen America, 150 W 30th St Fl 8, New York, NY 10001-4003 |
| 520887336 | *+ | Grameen America, 150 W 30th St Fl 8, New York, NY 10001-4003 |
| 520887337 | *+ | Grameen America, 150 W 30th St Fl 8, New York, NY 10001-4003 |
| 520887338 | *+ | Grameen America, 150 W 30th St Fl 8, New York, NY 10001-4003 |
| 520887339 | *+ | Grameen America, 150 W 30th St Fl 8, New York, NY 10001-4003 |
| 520887341 | *+ | Guacstop LLC, 516 Myrtle Avenue, Mailbox 260, Brooklyn, NY 11205-2606 |
| 520887342 | *+ | Guacstop LLC, 516 Myrtle Avenue, Mailbox 260, Brooklyn, NY 11205-2606 |
| 520887343 | *+ | Guacstop LLC, 516 Myrtle Avenue, Mailbox 260, Brooklyn, NY 11205-2606 |
| 520887344 | *+ | Guacstop LLC, 516 Myrtle Avenue, Mailbox 260, Brooklyn, NY 11205-2606 |
| 520887345 | *+ | Guacstop LLC, 516 Myrtle Avenue, Mailbox 260, Brooklyn, NY 11205-2606 |
| 520887346 | *+ | Guacstop LLC, 516 Myrtle Avenue, Mailbox 260, Brooklyn, NY 11205-2606 |
| 520887347 | *+ | Guacstop LLC, 516 Myrtle Avenue, Mailbox 260, Brooklyn, NY 11205-2606 |
| 520887349 | *+ | Guacstop LLC, 516 Myrtle Avenue, Mailbox 260, Brooklyn, NY 11205-2606 |
| 520909704 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520913064 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520915084 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520977334 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520887357 | *+ | Mr Cooper, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520887355 | *+ | Mr Cooper, Attn: Bankruptcy, Po Box 613287, Dallas, TX 75261-3287 |
| 520887361 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |

TOTAL: 0 Undeliverable, 51 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC aleisha.jennings@mccalla.com, mccallaecf@ecf.courtdrive.com |
| David G. Beslow | |
| | on behalf of Debtor Mauricio Alberto Castro ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| David G. Beslow | |
| | on behalf of Joint Debtor Andrea Veronica Vera Vivar ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-2                          User: admin                                    Page 8 of 8
Date Rcvd: Mar 02, 2026                       Form ID: plncf13                               Total Noticed: 130

Denise E. Carlon
                  on behalf of Creditor Flagstar Bank  NA dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Laura M. Egerman
                  on behalf of Creditor Lakeview Loan Servicing  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg
                  magecf@magtrustee.com

Marie-Ann Greenberg
                  on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

U.S. Trustee
                  USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
                  on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com,
                  mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 10