Aleisha Jennings
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Mauricio Alberto Castro,<br>Andrea Veronica Vera Vivar,<br><br>Debtors. | Case No. 25-22225-TBA<br><br>Hearing Date:November 12, 2026 at 10:00 A.M.<br><br>Judge: Christine M Gravelle<br><br>Chapter 13 |

**CERTIFICATION OF SERVICE**

1. I, Ju Li Roberson :

   ☐ represent the ______________________ in the above-captioned matter.

   ☑ am the secretary/paralegal for McCalla Raymer Leibert Pierce, LLP who represents the Movant.

   ☐ am the ______________________ in the above case and am representing myself.

2. On October 16, 2026 , I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below:

   - Notice of Motion to Vacate Automatic Stay
   - Certification of Movant re: Post Petition Payment History (Note and Mortgage dated April 27, 2021)
   - Proposed Order Vacating Stay

- Note, Mortgage, Assignment(s) and other Exhibits

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 16, 2026

*/s/ Ju Li Roberson*
Signature: Ju Li Roberson

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| Mauricio Alberto Castro<br>27 Trafalgar Court<br>Sparta, NJ 07871 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| Andrea Veronica Vera Vivar<br>27 Trafalgar Court<br>Sparta, NJ 07871 | Joint Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| David G. Beslow<br>Goldman & Beslow, LLC<br>7 Glenwood Avenue<br>Suite 311B | Debtors' Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail |

| | | |
|---|---|---|
| East Orange, NJ 07017 | | ☒ Notice of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other: NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.