UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW LLC
Attorneys at Law
7 Glenwood Avenue
Suite 311b
East Orange, New Jersey 07017
(973) 677-9000
David G. Beslow, Esq. DGB
Attorney for Debtors, Mauricio Alberto Castro and Andrea Veronica Vera Vivar

In Re:

MAURICIO ALBERTO CASTRO,
ANDREA VERONICA VERA VIVAR

Case No.: 25-22225

Judge: TBA

Chapter: 13

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION**

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by M&T Bank, creditor,

   A hearing has been scheduled for November 12, 2026, at 10:00 am.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for ______________________, at __________.

   ☐ Certification of Default filed by ____________________________,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ ________________, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
I do not dispute the arrears set forth in the mortgage company's certification. Although behind I have the ability to make ongoing payments starting with the October 2026 payment. I will make a payment for both October and November prior to the hearing date. I respectfully request that the balance be rolled into my plan. I am preparing a modified plan and budget to account for same.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: October 26, 2026 /s/ Mauricio Alberto Castro
Debtor's Signature

Date: 10/26/2026 [signature]
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.